# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMITIE ONE CONDOMINIUM ASSOCIATION,** | : | CIVIL ACTION NO. 1:07-CV-1756 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 7th day of May, 2008, upon consideration of the motion (Doc. 11) for court approval to commence repair and remediation of property damage, which was filed on April 22, 2008, and it appearing that, as of the date of this order, plaintiff has not filed a brief in support of the motion, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion."), it is hereby ORDERED that the motion (Doc. 11) is DEEMED withdrawn without prejudice to plaintiff's right to re-file the motion together with a brief in support thereof that describes the legal grounds upon which plaintiff requests relief, see id. (providing that failure to file a brief in support of a motion within ten days shall result in the motion being "deemed to be withdrawn"); see also L.R. 7.8(a).

                                                        S/ Christopher C. Conner  
                                                     CHRISTOPHER C. CONNER  
                                                     United States District Judge